IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONALD LEE GORDON,                :
                                  :
    Petitioner.                   :
                                  :
vs.                               :     CIVIL ACTION 13-0523-CB-M
                                  :
CHRISTOPHER GORDY,                :
                                  :
    Respondent.                   :

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this action be DISMISSED. It is further ORDERED that any certificate of appealability filed by Petitioner be DENIED as he is not entitled to appeal *in forma pauperis*.

DONE this 14th day of April, 2014.

                        s/*Charles R. Butler, Jr.*_____
                        CHARLES R. BUTLER, JR.
                        Senior United States District Judge